## WAIVER OF SERVICE OF SUMMONS

To:   Nathan Lewin, Esq.

As counsel for The Reader's Digest Association, Inc. ("RDA"), we acknowledge RDA's receipt of your request that RDA waive service of summons in the action, *Dov Levine v. The Reader's Association, Inc.*, which is case number 1:05-CV-01163 in the United States District Court for the District of Columbia.

This is also to acknowledge RDA's receipt of a copy of the complaint in the action, two copies of this instrument, and a means by which RDA can return the signed waiver to you without cost to RDA.

On RDA's behalf, we agree to save the cost of service of the summons and an additional copy of the complaint in this lawsuit by not requiring that RDA be served with judicial process in the manner provided by Rule 4.

RDA will retain all defenses or objections to the lawsuit, including but not limited to the jurisdiction or venue of the court, except for objections based on a defect in the summons or the service of the summons.

This is also to confirm our mutual understanding that RDA will be afforded such time as it may reasonably deem necessary to answer or move with respect to the complaint.

Date: August 1, 2005                                    PROSKAUER ROSE LLP

                                                        By /s/ Howard L. Ganz
                                                        Howard L. Ganz
                                                        Attorneys for The Reader's Digest
                                                        Association, Inc.