UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dov Levine**<br>**Stauffacherquai 58**<br>**8004 Zurich**<br>**Switzerland,**<br>                               **Plaintiff,**<br><br>        **v.**<br><br>**The Reader's Digest Association, Inc.**<br>**Reader's Digest Road**<br>**Pleasantville, NY 10570-7000,**<br><br>                               **Defendant.** | Civil Action: 1:05-cv-01163 (RMC) |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties hereto that Defendant's time to answer, move, or otherwise respond to the Complaint herein is hereby extended to and including September 19, 2005.

Dated: August 9, 2005
        Washington, D.C.

LEWIN & LEWIN, LLP

By: _____
Nathan Lewin (D.C. Bar No. 38299)
1828 L. Street, N.W., Suite 901
Washington, DC 20036
(202) 828-1000
Attorneys for Plaintiff

PROSKAUER ROSE LLP

By: _____
Stephanie L. Marn (D.C. Bar No. 467873)
Howard L. Ganz (*Pro Hac Vice*
Application Pending)
Avitai Gold (*Pro Hac Vice*
Application Pending)
1233 20th Street, N.W., Suite 800
Washington, DC  20036-2396
(202) 416-6800
Attorneys for Defendant