UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dov Levine,<br><br>    Plaintiff,<br><br>v.<br><br>The Reader's Digest Association, Inc.,<br><br>    Defendant. | Civil Action: 1:05-cv-01163 (RMC) |

### CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Defendant The Reader's Digest Association, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Defendant which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: August 9, 2005

> Respectfully submitted,
>
> PROSKAUER ROSE LLP
>
> **/s/ Stephanie L. Marn**
> Stephanie L. Marn (D.C. Bar No. 467873)
> 1233 Twentieth Street, NW, Suite 800
> Washington, DC 20036
> Telephone: (202) 416-6800
> Facsimile: (202) 416-6899
>
> Howard L. Ganz (*Pro Hac Vice* Application Pending)
> Avitai Gold (*Pro Hac Vice* Application Pending)
> 1585 Broadway
> New York, NY 10036
> Telephone: (212) 969-3000
> Facsimile: (212) 969-2900
>
> Attorneys for Defendant