UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dov Levine,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action: 1:05-cv-01163 (RMC)** |
| ) | |
| **The Reader's Digest Association, Inc.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to LCvR 83.2(d) of the Rules of the United States District Court of the District

of Columbia, I, Stephanie L. Marn, a member in good standing of the bar of this Court, move for

an order admitting attorney Avitai Gold to appear *pro hac vice* in this matter as counsel on behalf

of Defendant The Reader's Digest Association, Inc.  The accompanying declaration of Avitai

Gold is submitted in support of this motion.

Dated: August 9, 2005
       Washington, D.C.

Respectfully submitted,
PROSKAUER ROSE LLP


**/s/ Stephanie L. Marn**
Stephanie L. Marn (D.C. Bar No. 467873)

1233 Twentieth Street, NW, Suite 800
Washington, DC  20036
Telephone:  (202) 416-6800
Facsimile:  (202) 416-6899

Attorneys for Defendant