UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dov Levine,<br><br>        Plaintiff,<br><br>v.<br><br>The Reader's Digest Association, Inc.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action: 1:05-cv-01163 (RMC)<br>)<br>)<br>)<br>)<br>) |

### **DECLARATION OF AVITAI GOLD**

AVITAI GOLD hereby declares as follows under penalty of perjury:

1. My full name is Avitai Gold and I am associated with Proskauer Rose LLP, attorneys for The Reader's Digest Association, Inc., defendant in the above-captioned matter. I submit this declaration in support of the motion to admit me to practice in this Court *pro hac vice*.

2. My office address is 1585 Broadway, New York, NY 10036, my office telephone number is (212) 969-3382, and my office fax number is (212) 969-2900.

3. I have been admitted to the following bars: United States Court of Appeals (2d Circuit), United States District Court (S.D.N.Y. and E.D.N.Y.), and the bar of the state of New York.

4. I certify that there are no disciplinary complaints pending against me for violation of the rules of any court and I have not been suspended or disbarred for disciplinary reasons from practice in any court.

5. I have not applied for admission *pro hac vice* in this Court within the last two years.

6.  I do not practice or hold out to practice law in the District of Columbia, and do not have pending an application for membership in the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:   New York, New York
            August 9, 2005

_____
Avitai Gold