UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Dov Levine,<br><br>    Plaintiff,<br><br>v.<br><br>The Reader's Digest Association, Inc.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action: 1:05-cv-01163 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, I, Stephanie L. Marn, a member in good standing of the bar of this Court, move for an order admitting attorney Howard L. Ganz to appear *pro hac vice* in this matter as counsel on behalf of Defendant The Reader's Digest Association, Inc. The accompanying declaration of Howard L. Ganz is submitted in support of this motion.

Dated: August 9, 2005
   Washington, D.C.

                Respectfully submitted,
                PROSKAUER ROSE LLP


                **/s/ Stephanie L. Marn**
                Stephanie L. Marn (D.C. Bar No. 467873)

                1233 Twentieth Street, NW, Suite 800
                Washington, DC  20036
                Telephone:  (202) 416-6800
                Facsimile:  (202) 416-6899

                Attorneys for Defendant