UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dov Levine, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action: 1:05-cv-01163 (RMC) |
| The Reader's Digest Association, Inc., ) | |
| Defendant. ) | |

## DECLARATION OF HOWARD L. GANZ

HOWARD L. GANZ hereby declares as follows under penalty of perjury:

1.·    My full name is Howard L. Ganz and I am a member of Proskauer Rose LLP, attorneys for The Reader's Digest Association, Inc., defendant in the above-captioned matter. I submit this declaration in support of the motion to admit me to practice in this Court *pro hac vice.*

2.    My office address is 1585 Broadway, New York, NY 10036, my office telephone number is (212) 969-3035, and my office fax number is (212) 969-2900.

3.    I have been admitted to the following bars:  United States Supreme Court, United States Court of Appeals (2d, 4th, 9th and D.C. Circuits), United States District Court (S.D.N.Y., E.D.N.Y. and N.D. Cal.), and the bar of the state of New York.

4.    I certify that there are no disciplinary complaints pending against me for violation of the rules of any court and I have not been suspended or disbarred for disciplinary reasons from practice in any court.

5.    I have not applied for admission *pro hac vice* in this Court within the last two years.

6.      I do not practice or hold out to practice law in the District of Columbia, and do not have pending an application for membership in the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:    New York, New York
             August 9, 2005

_____
Howard L. Ganz