UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dov Levine,<br><br>    Plaintiff,<br><br>v.<br><br>The Reader's Digest Association, Inc.,<br><br>    Defendant. | Civil Action: 1:05-cv-01163 (RMC) |

## ORDER

UPON CONSIDERATION of the application of Howard L. Ganz, of the law firm of Proskauer Rose LLP, located at 1585 Broadway, New York, New York 10036, whose telephone number is (212) 969-3035, and whose facsimile number (212) 969-2900, for permission to appear *pro hac vice* in this matter, which application was moved by Stephanie L. Marn, Esq., a duly admitted member of the bar of this Court and counsel for Defendant, it is this ___ day of _____ 2005, hereby

ORDERED that Howard L. Ganz is admitted to appear and participate for all purposes on behalf of Defendant in this action pursuant to Rule 83.2 of the Local Rules of Practice of this Court.

Dated: _____

                        _____
                        Hon. Rosemary M. Collyer, U.S.D.J.

TO BE SERVED UPON:

Stephanie L. Marn, Esq.
Howard L. Ganz, Esq.
Proskauer Rose LLP
1233 20th Street, N.W., Suite 800
Washington, DC  20036-2396

Nathan Lewin, Esq.
Lewin & Lewin, LLP
1828 L. Street, N.W., Suite 901
Washington, DC 20036