UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dov Levine,** <br><br> **Plaintiff,** <br><br> v. <br><br> **The Reader's Digest Association, Inc.,** <br><br> **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action: 1:05-cv-01163 (RMC) |

### **ORDER**

Upon review of Defendant The Reader's Digest Association, Inc.'s ("RDA") Motion to Transfer Venue to the United States District Court for the Southern District of New York, and upon the entire record herein, it is this ___ day of _____ hereby

ORDERED that the Motion to Transfer Venue to the United States District Court for the Southern District of New York is hereby GRANTED.


Dated: _____

                                                Hon. Rosemary M. Collyer, U.S.D.J.

TO BE SERVED UPON:

Howard L. Ganz, Esq.
Avitai Gold, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

Stephanie L. Marn (D.C. Bar No. 467873)
1233 Twentieth Street, NW, Suite 800
Washington, DC 20036
Telephone: (202) 416-6800

Nathan Lewin, Esq.
Lewin & Lewin, LLP
1828 L. Street, N.W., Suite 901
Washington, DC 20036