# EXHIBIT A

*Translation:*

Mr
Dr. Dov Levine
Stauffacherquai 58

8004 Zürich

Zurich, October 29, 2003

**Termination of our employment contract**

Dear Mr Dr. Levine

We terminate your employment contract with Das Beste aus Reader's Digest AG in due-date time per January 31, 2004.

Justification: We consider your personal limitations within your function as Database Manager Switzerland as so seriously impacting, that you are unable to fully perform within your function.

Despite the fact that you ultimately made an effort to acquire basic system skills, you are far from remotely meeting the requirements placed upon an adequate database management. Unfortunately you are unable to match your database analyses with the marketing needs and your lack of strategical thinking negatively impacts on an market oriented further development. Your understanding of major endeavours, which will really help the company on and the routine, daily requirements in your function and position make work immensely difficult for the customers of your services.

We are not able to accept any longer, that an employee within this income group fulfills his function with outdated work tools and thus very inefficiently.

Based on above mentioned reasons and due to your insufficient communication within the local and the global company we are unable to continue our employer-employee relationship with you. We have to point out, that until your last date of employment you are an employee of the company and consequently you have to adhere to all provisions and regulations of the company. This especially applies for confidential treatment of business secrets and information, which you have taken cognizance of based upon your prominent position.

Please acknowledge receipt of this termination notice with your signature.

We would like to express our sincere thanks for your job done in the past and wish you all the best for your future.

Sincerely yours,

Das Beste aus Reader's Digest AG


*signed*
Werner Neunzig
Managing Director

*signed*
Tamara Mattiussi
Business Manager

Understood and receipt acknowledged:

Date: Oct 29, 2003        Signature:____*signed*____
                                       (Dr. Dov Levine)