# EXHIBIT C

*Rec'd. 6/15/05*

# LEWIN & LEWIN LLP

Nathan Lewin
nat@lewinlewin.com

Alyza D. Lewin
alyza@lewinlewin.com

1828 L Street, N.W.
Suite 901
Washington, D.C. 20036
(202) 828-1000 phone
(202) 828-0909 fax
www.lewinlewin.com

June 10, 2005

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

Michael A. Brizel, Esq.
Senior Vice President and General Counsel
The Reader's Digest Association, Inc.
Reader's Digest Road
Pleasantville, NY 10570-7000

    Re: *Levine v. Reader's Digest Association, Inc.*
          No. 05-CV-01163, U.S.D.C. for D.C.

Dear Mr. Brizel:

    Enclosed, pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, is a Notice of Lawsuit and Request for Waiver of Service of Summons in the above-referenced case. You may recall that you responded to my letter regarding this matter with a letter dated November 26, 2003.

    All writings and records of any type or description regarding Dr. Levine's employment and termination by Reader's Digest Association, Inc., including, but not limited to, correspondence, notes, documents, emails, reports, interoffice communications, minutes, summaries of telephone conversations, drafts and any other retrievable data (whether encarded, taped, or coded electrostatically, electromagnetically or otherwise) in the possession of Reader's Digest Association, Inc., or any of its subsidiaries will be the subject of a discovery request by the plaintiff in this case. Consequently, you are requested to advise your Stuttgant and Zurich offices of the legal obligation to retain all material subject to such a discovery request.

                                      Sincerely yours,

                                        Nathan Lewin

Enclosures