UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOV LEVINE )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>THE READER'S DIGEST ASSOCIATION, INC. )<br>)<br>*Defendant.* )<br>) | Civil Action: 05-cv-01163 (RMC) |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties hereto that Plaintiff's time to answer, move, or otherwise respond to Defendant's Motion for Transfer of Venue herein is hereby extended to and including October 12, 2005.

Dated: September 23, 2005
Washington, DC

LEWIN & LEWIN, LLP
By: _____
Nathan Lewin (D.C. Bar 38299)
1828 L St. N.W., Suite 901
Washington, DC 20036
(202) 828-1000
Attorney for Plaintiff

PROSKAUER ROSE LLP
By: _____
Stephanie L. Marn (D.C. Bar No. 467873)
Howard L. Ganz
Avitai Gold
1233 20th Street, N.W., Suite 800
Washington, DC 20036
(202) 416-6800
Attorneys for Defendant