UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOV LEVINE,<br><br>*Plaintiff,*<br><br>v.<br><br>THE READER'S DIGEST ASSOCIATION, INC.<br><br>*Defendant.* | Civil Action: 05-cv-01163 (RMC) |

**CONSENT MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE RESPONSE TO DEFENDANT'S MOTION
FOR TRANSFER OF VENUE**

Plaintiff hereby moves this Court, by undersigned counsel, to extend the time for filing Plaintiff's response to Defendant's Motion for Transfer of Venue. Plaintiff respectfully requests that this Court extend the filing deadline from September 29, 2005 to October 12, 2005. In accordance with Local Rule 7(m), before filing this motion, counsel discussed the anticipated motion with Defendant's counsel by e-mailing Defendant's counsel on September 20, 2005. Defendant's counsel advised that he consented to the motion. Enclosed as Exhibit 1 is a copy of a signed stipulation manifesting this consent.

The reason for the requested extension is that undersigned counsel for Plaintiff was out of the country until September 15, 2005, and was required to attend several days of conferences at the Department of Justice in Washington, D.C., on a major criminal investigation during the week of September 19, 2005. Plaintiff's counsel observes the Orthodox Jewish faith and cannot

work on Rosh Hashanah (October 4 and 5). The additional time is needed to research and prepare the response to Defendant's motion.

Dated:  September 27, 2005                     Respectfully submitted,

                                               _____
                                               NATHAN LEWIN (D.C. Bar No. 38299)
                                               ALYZA D. LEWIN (D.C. Bar No. 445506)
                                               **LEWIN & LEWIN, LLP**
                                               1828 L Street, N.W., Suite 901
                                               Washington, D.C.  20036
                                               (202) 828-1000
                                               (202) 828-0909 fax

                                               *Attorneys for Plaintiff*