UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOV LEVINE** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Civil Action: 05-cv-01163 (RMC) |
| v. ) | |
| ) | |
| **THE READER'S DIGEST ASSOCIATION, INC.** ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

STATEMENT OF POINTS AND AUTHORITIES

Rule 6(b), Federal Rules of Civil Procedure.


Dated: September 27, 2005          Respectfully submitted,

                                   _____
                                   NATHAN LEWIN (D.C. Bar No. 38299)
                                   ALYZA D. LEWIN (D.C. Bar No. 445506)
                                   **LEWIN & LEWIN, LLP**
                                   1828 L Street, N.W., Suite 901
                                   Washington, D.C. 20036
                                   (202) 828-1000
                                   (202) 828-0909 fax

                                   *Attorneys for Plaintiff*