UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOV LEVINE )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>THE READER'S DIGEST ASSOCIATION, INC. )<br>)<br>*Defendant.* )<br>) | Civil Action: 05-cv-01163 (RMC) |

ORDER

Upon review of Plaintiff's Consent Motion for Extension of Time Within Which To File Response To Defendant's Motion For Transfer of Venue, Plaintiff's motion is hereby GRANTED. Plaintiff has to and including October 12, 2005, in which to file his response to Defendant's Motion for Transfer of Venue.

Dated:                                                                    _____
                                                                          Hon. Rosemary M. Collyer, U.S.D.J.