# EXHIBIT 3



STEINBRÜCHEL HÜSSY
Beilage Nr. 19

Werner Neunzig
19.11.2003 10:32

To: Peter Braun/DE/ReadersDigest@ReadersDigest, Joachim Fauth/DE/ReadersDigest@ReadersDigest
cc:
Subject: Re: HR Information

Für euch zur Kenntnis.

Gruß
Christine
----- Forwarded by Werner Neunzig/DE/ReadersDigest on 19.11.2003 10:30 -----

Giovanni di Valo
19.11.2003 14:13

To: Werner Neunzig/DE/ReadersDigest@ReadersDigest
cc: Emma Lawson/US/ReadersDigest@ReadersDigest, Michael Brizel/US/ReadersDigest@ReadersDigest, Tom Gardner/US/ReadersDigest@ReadersDigest
Subject: Re: HR Information

Werner,
following our conversation of yesterday, it would be useful for me (and perhaps for Mike as well) to read the termination letter Dov is referring to in his note to Tamara [redacted]

He is not offering any specifics for his claim to have been dicriminated against , but in the substance he's asking for more money since he cannot easily find another job [redacted]

Thank you for the update.
Giovanni


STEINBRÜCHEL HÜSSY

Beilage Nr. 4/20

To: Giovanni di Valo/US/ReadersDigest@ReadersDigest
cc: Michael Brizel/US/ReadersDigest@ReadersDigest, Werner Neuhzig/DE/ReadersDigest@ReadersDigest, Tamara Mattuaal/CH/ReadersDigest@ReadersDigest, Joachim Fauth/DE/ReadersDigest@ReadersDigest
Subject: HR Information - RD Switzerland

... asked me to provide you with the entire correspondence (translated version), which we ... Dov Levine.

I want to point out again that

Termination notice

termination notice.doc

settlement agreement.dc

settlement agreement1.dc

We have held these offers open from our side until November 3, 2003 so that he had time to think about it. On November 3, 2003 he informed Tamara that he needs more time, and thus we extended the expiration date for another week. This date he also did not meet but he submitted a letter on November 11, 2003, which you already have in hand, a letter which is menacing and unacceptable.

We subsequently, in cooperation with our legal adviser, Joachim Fauth, and a Swiss lawyer, analysed

the situation and composed the following letter, which has been submitted to Dov on November 18. [redacted]

Settlement agreement memo.doc

[redacted]

In case of further information needed, please let me know.

Best regards,

Peter

STEINBRÜCHEL HÜSSY
Beilage Nr. 21

Peter Braun
20.11.2003 13:49

To: Giovanni di Valo/US/ReadersDigest@ReadersDigest
cc: Michael Brizel/US/ReadersDigest@ReadersDigest, Werner Neunzig/DE/ReadersDigest@ReadersDigest, Tamara Mattiussi/CH/ReadersDigest@ReadersDigest, Joachim Paulh/DE/ReadersDigest@ReadersDigest
Subject: Draft

Glovanni,
I agree with anything you are saying in your letter to Dov, [redacted]. Nothing what he is claiming does have a basis on which he could build upon.

[redacted]

Best regards,
Peter

PS: The translation of the notice letter, our alternative offers, and the amended offer is in preparation, and I will send it to you as soon as possible today.
----- Forwarded by Peter Braun/DE/ReadersDigest on 20.11.2003 11:37 -----

Giovanni di Valo
19.11.2003 21:05

To: Michael Brizel/US/ReadersDigest@ReadersDigest, Werner Neunzig/DE/ReadersDigest@ReadersDigest
cc: Tamara Mattiussi/CH/ReadersDigest@ReadersDigest, Peter Braun/DE/ReadersDigest@ReadersDigest
Subject: Draft

As you know, I spoke to Dov by phone, [redacted], I'm sending him a summary of our conversation ( Tamara , since he's not anymore on e-mail, do you have his fax number and his address, so that I can send him a letter ?).
This is what I would like to write, pls. let me have your comments.

" Dear Mr. Levine,
thank you very much for your availability to talk to me on the phone today.
You know there are things that we take very seriously at Reader's Digest , and one of these is certainly the claim that an employee may have received a discriminatory treatment because of his age or religious belief , as you seem to allude in your letter (which we have received yesterday evening).
Our policies and our Code of Conduct expressly forbid any type of discrimination, and I wanted to speak to you immediately to ascertain whether this norm had been observed in the process leading to the termination of your employment.
While I understand the disappointment that you expressed to me because of your termination , especially after having served the company for so many years and because of the difficult job market , I have to say that I didn't register any specific fact or behaviour on the part of company executives that can be seen or interpreted as discrimination against you because of your age or religious beliefs.

I look forward to receiving the translation of the termination letter that you promised you were going to send me. After having read it, I will call you back with any comment that I may have.
I understand ( and you confirmed) that you have received an increased offer today, and also that this offer (like the previous one) is financially in line with, and actually better than what the swiss law prescribes in a case of this nature.
Mr. Levine,
I have great respect for your years of service with Reader's Digest and I am sorry that this relationship is ending on such a bitter note.
I can promise you that I will look into your case with great attention to verify the possibility that an actual discrimination has occurred, and I will come back to you as soon as possible.
In the meantime, please accept my best regards,
Giovanni di Valo
VP HR International "



STEINBRÜCHEL HÜSSY

Beilage Nr. 22

Tamara Mattiussi
20.11.2003 09:29

To: Werner Neunzig/DE/ReadersDigest@ReadersDigest, Peter Braun/DE/ReadersDigest@ReadersDigest, Joachim Fauth/DE/ReadersDigest@ReadersDigest
cc:
Subject: Draft

Hallo
Für mich ist der Inhalt in Ordnung. Wobei ich nicht einmal ansatzweise verstehe, worauf sich Dov bezieht bezügl. Discrimination of Age..
Viele Grüsse
Tamara

----- Forwarded by Tamara Mattiussi/CH/ReadersDigest on 20.11.2003 09:33 -----

Tamara Mattiussi
20.11.2003 09:26

To: Giovanni di Valo/US/ReadersDigest@ReadersDigest
cc: Werner Neunzig/DE/ReadersDigest@ReadersDigest, Peter Braun/DE/ReadersDigest@ReadersDigest
Subject: Draft

Hello Giovanni

Dov's address and fax number:

Dr. Dov Levine (-Sternbuch)
Stauffacherquai 58
8004 Zürich
Tel +41 241 47 42
Fax +41 242 99 27

Regards,
Tamara

----- Forwarded by Tamara Mattiussi/CH/ReadersDigest on 20.11.2003 09:16 -----

Giovanni di Valo
19.11.2003 21:05

To: Michael Brizel/US/ReadersDigest@ReadersDigest, Werner Neunzig/DE/ReadersDigest@ReadersDigest
cc: Tamara Mattiussi/CH/ReadersDigest@ReadersDigest, Peter Braun/DE/ReadersDigest@ReadersDigest
Subject: Draft

As you know, I spoke to Dov by phone. [redacted] I'm sending him a summary of our conversation ( Tamara , since he's not anymore on e-mail, do you have his fax number and his address, so that I can send him a letter ?).
This is what I would like to write, pls. let me have your comments.

" Dear Mr. Levine,
thank you very much for your availability to talk to me on the phone today.
You know there are things that we take very seriously at Reader's Digest , and one of these is certainly the claim that an employee may have received a discriminatory treatment because of his age or religious belief , as you seem to allude in your letter (which we have received yesterday evening).
Our policies and our Code of Conduct expressly forbid any type of discrimination, and I wanted to speak to you immediately to ascertain whether this norm had been observed in the process leading to

STEINBRÜCHEL HÜSSY
Beilage Nr. 4/23

Giovanni di Valo/US/ReadersDigest
20.11.2003 18:05

To Peter Broun/DE/ReadersDigest@ReadersDigest
cc Joachim Fauth/DE/ReadersDigest@ReadersDigest, Michael Brizel/US/ReadersDigest@ReadersDigest, Tamara Mattiussi/CH/ReadersDigest@ReadersDigest, Werner Neunzig/DE/ReadersDigest@ReadersDigest
bcc
Subject Re: HR Information - RD Switzerland

Peter,
thank you for the documents you just sent.
I have sent Mr. Levine the fax (followed by a letter sent by mail) whose draft you all saw yesterday.
In the meantime, I have received a letter from the legal firm Lewin & Lewin (Dov's cousin...) asking to come to an accomodation on the basis of what Dov had asked in his letter and suggesting some discrimination may have taken place. The letter is now c/o Mike Brizel and I will send you a copy to the HR fax number.
Mike will be looking at the letter and then let us know whether/how to follow up.

[redacted]

Best , Giovanni