# EXHIBIT 4

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| DISTRICT OF COLUMBIA | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 3,121 | 3,461 | 3,382 | 3,377 | 3,682 | 3,984 | | |
| | Terminations | | 3,365 | 3,101 | 3,159 | 3,291 | 3,517 | 3,498 | | |
| | Pending | | 4,422 | 4,656 | 4,338 | 4,151 | 4,069 | 3,921 | | |
| | % Change in Total Filings | Over Last Year | -9.8 | | | | | | 84 | - |
| | | Over Earlier Years | | -7.7 | -7.6 | -15.2 | -21.7 | | 89 | - |
| Number of Judgeships | | | 15 | 15 | 15 | 15 | 15 | 15 | | |
| Vacant Judgeship Months** | | | .0 | 3.1 | 17.1 | 27.4 | 27.3 | 31.5 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 208 | 231 | 225 | 225 | 245 | 266 | 90 | - |
| | | Civil | 163 | 184 | 179 | 197 | 224 | 238 | 87 | - |
| | | Criminal Felony | 32 | 35 | 34 | 28 | 21 | 28 | 88 | - |
| | | Supervised Release Hearings** | 13 | 12 | 12 | - | - | - | 65 | - |
| | Pending Cases | | 295 | 310 | 289 | 277 | 271 | 261 | 78 | - |
| | Weighted Filings** | | 261 | 280 | 271 | 284 | 277 | 293 | 89 | - |
| | Terminations | | 224 | 207 | 211 | 219 | 234 | 233 | 89 | - |
| | Trials Completed | | 15 | 15 | 12 | 12 | 11 | 12 | 71 | - |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 12.8 | 10.2 | 9.6 | 7.7 | 7.2 | 7.3 | 91 | - |
| | | Civil** | 10.3 | 10.3 | 10.5 | 9.8 | 9.9 | 8.7 | 59 | - |
| | From Filing to Trial** (Civil Only) | | 27.4 | 25.0 | 29.0 | 24.0 | 24.0 | 24.0 | 65 | - |
| OTHER | Civil Cases Over 3 Years Old** | Number | 408 | 445 | 359 | 282 | 231 | 150 | | |
| | | Percentage | 12.8 | 12.7 | 11.1 | 8.6 | 6.9 | 4.6 | 87 | - |
| | Average Number of Felony Defendants Filed Per Case | | 1.5 | 1.3 | 1.4 | 1.3 | 1.4 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 75.49 | 85.69 | 93.32 | 69.99 | 80.53 | 75.71 | | |
| | | Percent Not Selected or Challenged | 50.4 | 56.6 | 55.7 | 51.9 | 56.8 | 53.9 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2449 | 23 | 38 | 491 | 24 | 33 | 173 | 150 | 265 | 60 | 657 | 26 | 509 |
| Criminal* | 475 | 11 | 6 | 219 | - | 7 | 121 | ** | 4 | 40 | 7 | 4 | 56 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NEW YORK SOUTHERN** | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 12,422 | 12,321 | 13,937 | 12,783 | 11,564 | 15,106 | | |
| | Terminations | | 11,471 | 10,780 | 12,618 | 11,247 | 14,638 | 11,350 | | |
| | Pending | | 17,638 | 17,275 | 16,198 | 15,818 | 14,275 | 17,626 | | |
| | % Change in Total Filings | Over Last Year | .8 | | | | | | 52 | 3 |
| | | Over Earlier Years | | -10.9 | -2.8 | 7.4 | -17.8 | | 87 | 5 |
| | Number of Judgeships | | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | Vacant Judgeship Months** | | 8.8 | 33.3 | 15.8 | .0 | 22.1 | 38.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 444 | 441 | 498 | 457 | 413 | 540 | 54 | 3 |
| | | Civil | 388 | 381 | 441 | 420 | 371 | 492 | 37 | 3 |
| | | Criminal Felony | 44 | 47 | 48 | 37 | 42 | 48 | 80 | 5 |
| | | Supervised Release Hearings** | 12 | 13 | 9 | - | - | - | 72 | 5 |
| | Pending Cases | | 630 | 617 | 579 | 565 | 510 | 630 | 11 | 3 |
| | Weighted Filings** | | 527 | 513 | 539 | 560 | 521 | 489 | 35 | 3 |
| | Terminations | | 410 | 385 | 451 | 402 | 523 | 405 | 57 | 3 |
| | Trials Completed | | 16 | 17 | 15 | 15 | 18 | 21 | 63 | 3 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 11.9 | 11.8 | 13.3 | 12.3 | 13.5 | 12.0 | 88 | 5 |
| | | Civil** | 8.1 | 8.4 | 8.3 | 7.2 | 5.2 | 9.0 | 23 | 2 |
| | From Filing to Trial** (Civil Only) | | 26.8 | 22.6 | 23.0 | 24.4 | 22.0 | 24.8 | 62 | 1 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 1,656 | 1,312 | 1,230 | 1,585 | 1,098 | 990 | | |
| | | Percentage | 11.6 | 9.2 | 9.2 | 12.1 | 9.5 | 6.6 | 83 | 4 |
| | Average Number of Felony Defendants Filed Per Case | | 1.7 | 1.5 | 1.5 | 1.6 | 1.7 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 88.01 | 82.96 | 83.28 | 73.12 | 60.55 | 52.58 | | |
| | | Percent Not Selected or Challenged | 53.1 | 54.8 | 61.9 | 53.2 | 54.0 | 47.4 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 10859 | 220 | 23 | 1251 | 68 | 44 | 919 | 1744 | 2340 | 808 | 1643 | 109 | 1690 |
| Criminal* | 1204 | 135 | 14 | 172 | 15 | 66 | 348 | ** | 18 | 330 | 4 | 9 | 93 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."