UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dov Levine,** <br><br>             **Plaintiff,** <br><br> v. <br><br> **The Reader's Digest Association, Inc.,** <br><br>             **Defendant.** | Civil Action: 1:05-cv-01163 (RMC) <br><br> **REPLY DECLARATION** <br> **OF HOWARD L. GANZ** |

HOWARD L. GANZ declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.     I am a member of Proskauer Rose LLP, attorneys for Defendant The Reader's Digest Association, Inc. ("RDA"), defendant in the above-captioned matter. I am fully familiar with the facts and circumstances stated herein and submit this Declaration in support of Defendant RDA's motion to transfer venue. Except as otherwise noted, this Declaration is based upon information and belief.

2.     Plaintiff's counsel, Nathan Lewin ("Lewin"), is admitted to practice in the State of New York. A true and correct copy of the New York State court database entry for Lewin, reflecting his status as a currently registered member of the New York State bar, is annexed hereto as Exhibit A.

3.     Lewin has appeared in both the Southern District of New York and the New York State courts in recent months. True and correct copies of the reported decisions reflecting those appearances are annexed hereto as Exhibit B.

1

4. Lewin is a member of the adjunct faculty at Columbia University School of Law, which is located within the Southern District of New York, and is scheduled to teach a course every Wednesday during the upcoming spring semester. True and correct copies of documents obtained from the website of Columbia University School of Law, reflecting Lewin's status as an adjunct faculty member, as well as his course schedule, are annexed hereto as Exhibit C.

5. The Swiss Embassy to the United States makes the full texts of Swiss legal authorities available on its website. A true and correct copy of a document obtained from the Swiss government's website, with links to the full translated texts of Swiss legal authorities, is annexed hereto as Exhibit D.

6. The Swiss government maintains both a Consulate General's office and a Permanent Mission to the United Nations within the Southern District of New York. True and correct copies of the home pages of the New York offices of the Swiss Consulate General's office and the Swiss Permanent Mission to the United Nations are annexed hereto as Exhibit E.

7. To the extent there are witnesses and documents that may demonstrate the interrelation of operations and/or centralized control of labor relations between RDA and Das Beste aus Reader's Digest A.G., they are located at RDA headquarters in New York, or, perhaps, in Switzerland, but in no event are such witnesses or documents located in the District of Columbia.

8. Plaintiff initiated an action against Das Beste aus Reader's Digest A.G. in Switzerland. After reversing a provisional judgment in plaintiff's favor, a Swiss court held on June 21, 2005 that the purported contract with which plaintiff claims RDA interfered never existed. Plaintiff has appealed that decision.

I declare under penalties of perjury that the foregoing is, to the best of my knowledge, information and belief, true and correct.

Dated: October 19, 2005

_____
HOWARD L. GANZ