# EXHIBIT C



# Columbia Law School

| JD Applicants | LLM/JSD Applicants | Current Students | Alumni | Faculty | Employers |

**Home Page**
**Academics**
**Administration**
**Calendar**
**Careers**
**Centers & Programs**
**Curriculum**
**International**
**Journals & Publications**
**Library**
**Make a Gift**
**Media Inquiries**

**Search Columbia Law**
[GO]



FULL TIME FACULTY

VISITING FACULTY

EMERITI

ASSOCIATES-IN-LAW

ADJUNCT FACULTY

Adjunct Information

AFFILIATED CU FACULTY

FACULTY BY AREAS OF EXPERTISE

GRIEVANCE PROCEDURE

VISITORS, SCHOLARS, FELLOWS AND RESEARCHERS

FACULTY WRITINGS & ACTIVITIES

IN THE NEWS

FACULTY RESOURCES

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**Henry Lebowitz**
*Lecturer-in-Law*
details

---

**Elizabeth Lederer**
*Lecturer-in-Law*
details

---

**Roy S. Lee**
*Adjunct Professor of Law*
details

Roy S. Lee, B.C.L., LL.M., Ph.D. is Special Senior Fellow, the United Nations Institute for Training and Research,.

---

**Paul Lee**
*Lecturer-in-Law*
details

---

**Peter Lehner**
*Lecturer-in-Law*
details

Peter Lehner is a senior attorney and director of NRDC's Clean Water Program.

---

**Dorchen A. Leidholdt**
*Lecturer-in-Law*
details

---

**Robert Levy**
*Lecturer-in-Law*
details

---

**Nathan Lewin**
*Lecturer-in-Law*
details

Nathan Lewin has engaged in trial and appellate litigation in federal and state courts for 40 years.

---

**Philip Lochner**
*Lecturer-in-Law*
details

---

**Clark Lombardi**
*Lecturer-in-Law*
details

A.B. Princeton University, 1990; M.A. Columbia University (Religion?Islamic Studies), 1996; Ph.D Columbia University (Religion?Islamic Studies), 2001; J.D. Columbia University School of Law, 1998

[ 1 ] 2 Next Page

- Campus Map & Directory | Site Map | Job Opportunities | Contact Us | Columbia University
- Browser Requirements Copyright©2004, Columbia Law School. For questions or comments, please contact the webmaster.

This page is maintained by Teba Besada

☒ close window

# Nathan Lewin

*Lecturer-in-Law*

| | |
|---|---|
| Office | 1828 L Street, N.W.<br>Suite 901<br>Washington D.C. 20036 |
| Tel | 202.828.1000 |
| Fax | 202.828.0909 |
| Email | nat@lewinlewin.com |

Nathan Lewin has engaged in trial and appellate litigation in federal and state courts for 40 years. While he was an Assistant to the Solicitor General in the Department of Justice under Solicitors General Archibald Cox and Thurgood Marshall, he argued 12 cases before the Supreme Court for the United States. Since entering private practice he has argued in the Supreme Court another 15 times, for a total of 27 arguments in the Supreme Court. His Supreme Court cases have included the representation of banks and other commercial interests as well as criminal cases and issues of constitutional law. Mr. Lewin was law clerk to Chief Judge J. Edward Lumbard of the United States Court of Appeals for the Second Circuit (1960-1961) and to Associate Justice John M. Harlan of the Supreme Court of the United States (1961-1962). Mr. Lewin also served as Deputy Assistant Attorney General in the Civil Rights Division of the Department of Justice, and before that as Deputy Administrator of the Bureau of Security and Consular Affairs at the Department of State. On leaving government service, Mr. Lewin was a founding partner of Miller Cassidy Larroca and Lewin, which was one of the nation's foremost litigation "boutiques" for more than thirty years.

Mr. Lewin's individual clients have included Attorney General Edwin Meese III in an Independent Counsel investigation; former President Richard Nixon in the Supreme Court case testing the constitutionality of the taking of Presidential papers and tapes; actress Jodie Foster in the prosecution of John Hinckley; performer John Lennon in the successful appeal of his immigration case; Barnett Bank to establish in the Supreme Court the right to sell discounted trademark merchandise; and national Jewish organizations on religious liberty issues. He has been listed in Best Lawyers in America since its first editions in the areas of Criminal Defense, Business Litigation, and First Amendment Law, and was included in "Washington's Best 75 Lawyers" in the April 2002 Washingtonian magazine.

In 1974-1975 Mr. Lewin was Visiting Professor at the Harvard Law School, teaching Advanced Constitutional Law (First Amendment Litigation), appellate advocacy, and the first formal course ever given in a national law school on the Subject of "Defense of White-Collar Crime." He teaches a seminar in Supreme Court litigation at Columbia Law School. He has been Adjunct Professor of Constitutional Law at Georgetown Law School and at the University of Chicago Law School, and taught Jewish Civil Law at George Washington University Law School in 1998 and 2001. He was also an author and Contributing Editor to The New Republic between 1970 and 1991. His articles on the law and the Supreme Court have appeared in The New York Times, The Los Angeles Times, Newsday, Saturday Review, The Washington Post, and other periodicals.

Mr. Lewin was president of the American Section of the International Association of Jewish Lawyers and Jurists from 1992 to 1997. Between 1982 and 1984 he served as President of the Jewish Community Council of Greater Washington, which speaks for approximately 220 Jewish organizations and synagogues in the Greater Washington area.

He is admitted to practice in the District of Columbia, New York, the

Supreme Court of the United States, all federal appellate circuits, and many United States District Courts. He received his B.A. summa cum laude from Yeshiva College in 1957, and earned his J.D. magna cum laude, from Harvard Law School in 1960, where he was treasurer of the Harvard Law Review.

# Curriculum Guide 2005-06

All courses listed in this guide have been approved by the Faculty of Law and are considered to be offerings of the Faculty. Courses also approved by other University faculties and offered jointly are prefixed by each faculty's name, e.g., LAW-POLITICAL SCIENCE or HISTORY-LAW. The University reserves the right without notice to withdraw or modify the courses of instruction or to change the instructors at any time.

| Section | Term | Points | Location/Day-Time | Instructor | Description |
|---|---|---|---|---|---|
| **S. RELIGIOUS MINORITIES SUPREME CRT LIT, L9449** | | | | | |
| | 06S | 2.0 | TBA  W 4:10pm-6:00pm | NATHAN LEWIN | 🔍 |



# Curriculum Guide

## 2005-06

All courses listed in this guide have been approved by the Faculty of Law and are considered to be offerings of the Faculty. Courses also approved by other University faculties and offered jointly are prefixed by each faculty's name, e.g., LAW-POLITICAL SCIENCE or HISTORY-LAW. The University reserves the right without notice to withdraw or modify the courses of instruction or to change the instructors at any time.

| List View | Full Description View |
|---|---|

| Course Name | ID / Section | Term |
|---|---|---|
| S. RELIGIOUS MINORITIES SUPREME CRT LIT | LAW -L9449 -001 | 06S |

(writing credit)

This seminar is an intensive review of actual litigation materials in cases involving religious minorities before the Supreme Court. The class will critique petitions for certiorari, briefs in opposition, and briefs on the merits, as well as transcripts of oral arguments in leading religious-liberty cases decided by the Supreme Court. One case on the Supreme Court's current docket is also selected for close examination. Arrangements are made for a class visit to hear oral argument and to discuss presentation of the case with advocates or others involved in the litigation.

