# EXHIBIT D

Case 1:05-cv-01163-RMC    Document 12-6    Filed 10/19/2005    Page 1 of 2

 Embassy of Switzerland in Washington, D.C.     SEARCH   CONTACT US   PRINT                          ENGLISH



## LEGAL AFFAIRS

- The Embassy
- Country Profile
- Switzerland & the U.S.
- Services for Swiss Citizens
  Visa & Travel Information
- Press & Information
- Politics & Current Issues
- Culture & Education
- Economy, Finance & Commerce
- Legal Affairs
  - **Swiss Laws**
    - Money Laundering Act
    - Judicial System
- Agreements with the U.S.
- Fact Sheets
- F.A.Q.
- Official Links
- External Links
- Science, Technology & Higher Education
- Military & Defense
- Let Switzerland Surprise You
- Swiss Representations & Swiss Clubs in the U.S.
- Cuban Interests Section
- Useful Links
- Free E-Newsletter

## Swiss Laws
### 1 Federal & 26 Cantonal Legislations

Federal Constitution of the Swiss Confederation (English, German, French and Italian)

Federal Act on the Prevention of Money Laundering in the Financial Sector of October 10, 1997

Federal Act on the International Transfer of Cultural Property

A series of Swiss business laws have been translated and published by the Swiss-American Chamber of Commerce. For details consult their website:
http://www.amcham.ch/publications/m_obligations.htm.

For laws and regulations regarding the Swiss financial sector, consult the information on the Swiss Federal Banking Commission's website: http://www.ebk.ch/e/

## List of Central Authorities (Judicial System)

- Table of Federal and Cantonal Authorites in Judicial System

## Legislative Information Systems Online

**Federal Level**
(Available in German, French, Italian, Romansh and limited English)
http://www.admin.ch/

(Available in German, French, Italian, and Romansh)

- Selection of Various Federal Laws
- Search the Official Register of Federal Laws
- Search the Decisions of the Federal Supreme Court

**Federal/Cantonal (State)/City Level**
(Italian, German, French)
COPIUR

- Koordinationsstelle für die elektronische Publikation von Rechsdaten
- Service de la publication électronique des données juridiques
- Servizio di coordinazione per la pubblicazione elettronica di dati giuridici

http://www.swissemb.org back to Homepage