# EXHIBIT E

 Consulate General of Switzerland in New York

SEARCH   CONTACT US   PRINT                           ENGLISH

 **ABOUT US**



▶ **About us**
▶ **Press & Information**
▶ **Finance, Trade & Investment**
▶ **Culture & Education**
▶ **Consular Affairs & Visa**
▶ **Legal / Customs / Taxes**
▶ **Swiss Associations**
▶ **Employment**
▶ **Tourism**
▶ **Event Calendar**
▶ **Swiss Peaks**
▶ **Links Center**
▶ **Terms of Use / Copyright / Disclaimer**



**Ambassador Raymond Loretan,
Consul General of Switzerland**

Let me welcome you, Dear Guest and User, to the official website of the Consulate General of Switzerland in New York.
New York is the main gateway to the United States, the place where many take their first steps on the American continent. New York is one of the world's leading economic, financial and cultural centers as well as the headquarter of the United Nations, a spectacular city attracting outstanding personalities from all over the world.

The Swiss Consulate General's task is to represent our country and the interests of the Swiss citizens in this vibrant urban environment. My colleagues and I are highly motivated to promote Switzerland, its excellence and its uniqueness. We do our utmost to be competent partners to our American friends on all Switzerland-related matters. We support Swiss companies in their business activities, make Swiss cultural events successfully happen and handle consular issues for the 19,000 Swiss citizens registered with us. We are keen to further strengthen the relations of friendship and common understanding between Swiss and New Yorkers, between Switzerland and the American East Coast.

Have fun discovering the website of the Consulate General of Switzerland. My team and I look forward to meeting you at any one of the exciting events we support and promote.

**Contact:**
Consulate General of Switzerland
633 Third Avenue, 30th Floor
New York, NY 10017-6706
Tel. (212) 599 5700
Fax (212) 599 4266
Contact form

 Permanent Mission of Switzerland to the United Nations    SEARCH   CONTACT   PRINT   

# THE SWISS MISSION IN NEW YORK

▼ The Swiss Mission in New York
▶ Who's who
▶ Where are we
▶ Employment opportunities
▶ News
▶ Statements and Speeches
▶ Swiss priorities at the UN
▶ Contribution to the UN Budgets
▶ Elections at the UN
▶ The Swiss gift to the UN
▶ Mine Action Support Group
▶ Swiss Milestones
▶ UN System
▶ The Swiss Missions in Geneva
▶ About Switzerland
▶ Useful links
▶ Terms of Use / Copyright / Disclaimer
▶ Old Pages



**Permanent Mission of Switzerland to the United Nations**
633 Third Avenue
29th Floor
New York, NY 10017
USA

Tel: (212) 286 1540
Fax (212) 286 1555

E-mail: Vertretung-UN@nyc.rep.admin.ch

**Map under construction**