UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOV LEVINE ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Civil Action: 05-cv-01163 (RMC) |
| v. ) | |
| ) | |
| THE READER'S DIGEST ASSOCIATION, INC. ) | |
| ) | |
| *Defendant.* ) | |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE SUPPLEMENTAL MEMORANDUM
IN OPPOSITION TO DEFENDANT'S
MOTION TO TRANSFER VENUE**

Plaintiff hereby moves by undersigned counsel for leave to file the attached Supplemental Memorandum. The Supplemental Memorandum responds to a new argument first made by the defendant at pages 3-4 of its Reply Memorandum of Law.

Since the argument that a transfer is warranted because witnesses in New York would be called with regard to "The Threshold ADEA Issue" was not made in the defendant's initial Memorandum of Law, the plaintiff had no occasion to address that argument in the Memorandum filed in opposition to the Motion. The argument has now been made, and, we submit, it lacks merit for the reasons stated in the attached Supplemental Memorandum.

For the above reasons, leave should be granted to file the attached Supplemental Memorandum of Law.

Dated: October 24, 2005

Respectfully submitted,

_____
NATHAN LEWIN (D.C. Bar No. 38299)
ALYZA D. LEWIN (D.C. Bar No. 445506)
**LEWIN & LEWIN, LLP**
1828 L Street, N.W., Suite 901
Washington, D.C. 20036
(202) 828-1000
(202) 828-0909 fax

*Attorneys for Plaintiff*