UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOV LEVINE<br><br>*Plaintiff,*<br><br>v.<br><br>THE READER'S DIGEST ASSOCIATION, INC.<br><br>*Defendant.* | Civil Action: 05-cv-01163 (RMC) |

ORDER

Upon review of Plaintiff's Motion for Leave to File Supplemental Memorandum in Opposition to Defendant's Motion To Transfer Venue and Memorandum in Opposition, leave to file Supplemental Memorandum of Law is hereby GRANTED.

Dated: _____

Hon. Rosemary M. Collyer, U.S.D.J.