UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dov Levine, <br><br> Plaintiff, <br><br> v. <br><br> The Reader's Digest Association, Inc., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action: 1:05-cv-01163 (RMC) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S MOTION FOR LEAVE
TO FILE SUPPLEMENTAL MEMORANDUM OF LAW
IN FURTHER SUPPORT OF MOTION TO TRANSFER VENUE**

Defendant The Reader's Digest Association, Inc. ("RDA") hereby moves the Court for an Order for leave to file the attached Supplemental Memorandum of Law and accompanying Supplemental Declaration of Michael A. Brizel.

On October 26, 2005, the Court granted Plaintiff's motion for leave to file a supplemental memorandum of law. Defendant's accompanying Supplemental Memorandum of Law is limited to responding to the arguments set forth in Plaintiff's supplemental pleading.

Accordingly, RDA respectfully requests that this Court enter an Order granting leave to file the attached Supplemental Memorandum of Law.

Dated: November 2, 2005

PROSKAUER ROSE LLP

By: /s/ Howard L. Ganz
Howard L. Ganz (Admitted *Pro hac vice*)
Avitai Gold (Admitted *Pro hac vice*)
1585 Broadway
New York, New York 10036
(212) 969-3035

*Of Counsel:*
Stephanie L. Marn (D.C. Bar No. 467873)
1233 Twentieth Street, NW, Suite 800
Washington, DC  20036
Telephone:  (202) 416-6800

Attorneys for Defendant