UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dov Levine,<br><br>                    Plaintiff,<br><br>v.<br><br>The Reader's Digest Association, Inc.,<br><br>                    Defendant. | Civil Action: 1:05-cv-01163 (RMC)<br><br>SUPPLEMENTAL<br>DECLARATION OF<br>MICHAEL A. BRIZEL |

MICHAEL A. BRIZEL declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am Senior Vice President and General Counsel of The Reader's Digest Association, Inc. ("RDA"), defendant in the above-captioned matter. I have worked for RDA in a number of capacities for more than 16 years. I am fully familiar with the facts and circumstances stated herein and submit this Declaration in support of Defendant RDA's motion to transfer venue. Except as otherwise noted, this Declaration is based on my personal knowledge.

2. RDA is a corporation incorporated under the laws of the State of Delaware, with its principal place of business in Pleasantville, New York.

3. Das Beste aus Reader's Digest A.G. is a Swiss corporation incorporated under the laws of Switzerland.

I declare under penalties of perjury that the foregoing is, to the best of my knowledge, information and belief, true and correct.

Dated: October 31, 2005

MICHAEL A. BRIZEL