UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dov Levine,<br><br>            Plaintiff,<br><br>      v.<br><br>The Reader's Digest Association, Inc.,<br><br>            Defendant. | Civil Action: 1:05-cv-01163 (RMC) |

## ORDER

Upon review of Defendant The Reader's Digest Association, Inc.'s ("RDA") Motion for Leave to File Supplemental Memorandum of Law in Further Support of Motion to Transfer Venue, it is this ___ day of _____ hereby

ORDERED that the Motion for Leave to File Supplemental Memorandum of Law in Further Support of Motion to Transfer Venue is hereby GRANTED.

Dated: _____                    _____
                                              Hon. Rosemary M. Collyer, U.S.D.J.