UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOV LEVINE,<br><br>*Plaintiff,*<br><br>v.<br><br>THE READER'S DIGEST ASSOCIATION, INC.<br><br>*Defendant.* | Civil Action: 05-cv-01163 (RMC) |

**PLAINTIFF'S MOTION TO ALTER OR
AMEND THE JUDGMENT**

Plaintiff hereby moves by his undersigned counsel, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, for reconsideration of this Court's Order on Motion To Transfer Venue dated December 12, 2005, or for amendment of the said Order to condition transfer of this case on withdrawal of defendant's request that the action be designated for assignment to White Plains and agreement by the defendant that the case be assigned to New York City.

The grounds for this Motion are stated in the Memorandum of Points and Authorities submitted contemporaneously in support of the Motion.

Dated: December 27, 2005              Respectfully submitted,

                                                          /s/
                                      _____
                                      NATHAN LEWIN (D.C. Bar No. 38299)
                                      ALYZA D. LEWIN (D.C. Bar No. 445506)
                                      **LEWIN & LEWIN, LLP**
                                      1828 L Street, N.W., Suite 901
                                      Washington, D.C. 20036
                                      (202) 828-1000

                                      *Attorneys for Plaintiff*