# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

Howard L. Ganz
Member of the Firm

Direct Dial 212.969.3035
hganz@proskauer.com

December 13, 2005

**By Hand**

Mr. J. Michael McMahon
Clerk of the Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  Levine v. The Reader's Digest Association, Inc.

Dear Mr. McMahon:

We are the attorneys for The Reader's Digest Association, Inc. ("RDA") in a civil action that was commenced in the United States District Court for the District of Columbia (*Levine v. The Reader's Digest Association, Inc.*, Civil Action No. 05-1163 (RMC)), and which has been transferred to the United States District Court for the Southern District of New York pursuant to an Order, dated December 12, 2005, issued by The Honorable Rosemary M. Collyer, United States District Judge. (A copy of Judge Collyer's Order is enclosed.)

For the reasons set forth below, we respectfully request that this action be designated for assignment to White Plains.

As Judge Collyer's Order makes clear, (i) this is an action in which plaintiff, a resident of Switzerland, asserts claims under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 *et seq.*, based upon the termination of his employment by an RDA subsidiary located in Switzerland, as well as a claim for interference with contract rights based upon conduct allegedly engaged in by RDA employees located at RDA's headquarters; and (ii) RDA, the only defendant in the action, is headquartered and maintains its principal place of business in Pleasantville, New York, which is located in Westchester County.

Accordingly, pursuant to SDNY Rule 21(a)(i), (iii) or (iv) of the Rules for the Division of Business Among District Judges, we respectfully request that this case be designated for assignment to White Plains because the interference with contract claim arose "in major part" in the County of Westchester (Rule 21(a)(i)), or because the ADEA claims "arose outside this

PROSKAUER ROSE LLP

Mr. J. Michael McMahon
December 13, 2005
Page 2

district and at least some of the parties reside in" Westchester County (Rule 21(a)(iii)), or because "[a]t least half of the parties reside in" Westchester County. (Rule 21(a)(iv)).

Respectfully submitted,

Proskauer Rose LLP

By: *Howard L. Ganz*

    Howard L. Ganz (HG-8624)
Attorneys for Defendant
The Reader's Digest Association, Inc.

Enclosure

cc:    Nathan Lewin, Esq. (By Fax -- w/enc.)
       Attorney for Plaintiff

       Dorothy Guranich