UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOV LEVINE**,<br><br>*Plaintiff,*<br><br>v.<br><br>**THE READER'S DIGEST ASSOCIATION, INC.**<br><br>*Defendant.* | Civil Action: 05-cv-01163 (RMC) |

**PROPOSED ORDER**

On consideration of plaintiff's Motion To Alter or Amend the Judgment, it is hereby **ORDERED** that the plaintiff's motion is **GRANTED,** and the defendant's Motion To Transfer Venue is **DENIED.**

Dated: January ____, 2006

_____
**ROSEMARY M. COLLYER**
**United States District Judge**