UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DOV LEVINE<br><br>*Plaintiff,*<br><br>v.<br><br>THE READER'S DIGEST ASSOCIATION, INC.<br><br>*Defendant.* | Civil Action: 05-cv-01163 (RMC) |

### ALTERNATIVE PROPOSED ORDER

On consideration of plaintiff's Motion To Alter or Amend the Judgment, it is hereby

**ORDERED** that the Order on Motion To Transfer Venue issued by this Court on December 12, 2005, is hereby amended by amending the concluding paragraph to read as follows:

**FURTHER ORDERED** that this action is **TRANSFERRED** to the Southern District of New York on the condition that the Defendant Reader's Digest Association Inc. withdraw its request for assignment of the case to White Plains and consent to assignment of the case to New York City.

**SO ORDERED.**

Dated: January ____, 2006

_____
**ROSEMARY M. COLLYER**
**United States District Judge**