UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dov Levine,** <br><br> **Plaintiff,** <br><br> v. <br><br> **The Reader's Digest Association, Inc.,** <br><br> **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action: 1:05-cv-01163 (RMC) |

### PROPOSED ORDER

Upon consideration of plaintiff's Motion to Alter or Amend the Judgment and defendant's opposition thereto, it is **ORDERED** that plaintiff's Motion to Alter or Amend the Judgment is hereby **DENIED**.

Dated: _____

_____
**ROSEMARY M. COLLYER**
**United States District Judge**

TO BE SERVED UPON:

Howard L. Ganz, Esq.
Avitai Gold, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

Nathan Lewin, Esq.
Lewin & Lewin, LLP
1828 L. Street, N.W., Suite 901
Washington, DC 20036